**Order entered February 3, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00925-CR

**EUGENE CAMARILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F15-24066-Y**

## ORDER

The Court has before it the January 30, 2017 request of Vearneas Faggett requesting an extension of time to file the reporter's record in the above appeal. We **GRANT** the request and **ORDER** the complete reporter's record filed no later than March 3, 2017. Ms. Faggett is cautioned that further extensions will be disfavored.

We **VACATE** that portion of our January 26, 2017 order that orders Vearneas Faggett not to sit. We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizzell, Presiding Judge, Criminal District Court No. 7; to Vearneas Faggett, official court reporter of Criminal District Court No. 7; to the Dallas County Auditor's Office; and to all counsel for all parties.

/s/     ADA BROWN
            JUSTICE